JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 08-06257-MMM(JWJx) | Date | April 14, 2009 |

| | |
|---|---|
| Title | George William Singer, Jr. vs. FDIC |

| Present: The Honorable | MARGARET M. MORROW | |
|---|---|---|
| ANEL HUERTA | | N/A |
| Deputy Clerk | | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**     IN CHAMBERS - ORDER DISMISSING ACTION

    The court is in receipt of the parties' stipulation of dismissal.  Accordingly, the court hereby dismisses the entire action with prejudice.